UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**ERNestine Welch**    Plaintiff(s)

vs.

**Bio-Reference Laboratories, Inc**    Defendant(s)

Civil Case No.: 1:23-CV-664 BKS/DJS

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

FILED JUN 05 2023 AT___ O'CLOCK___ John M. Domurad, Clerk - Albany

---

Plaintiff(s) demand(s) a trial by: ✓ JURY ___ COURT (Select **only** one).

---

Plaintiff(s) in the above-captioned action, allege(s) as follows: **Damages resulting from the Lost time-value of money.**

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: **Ernestine Welch**

   Address: **P.O. Box 273**

   **Hudson NY 12534**

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: **Bio-Reference Laboratories, Inc**

   Official Position: **Former employer**

   2nd - Address: **1177 Avenue of the Americas, 41st Floor New York, New York 10036**

   represented by: **William R. Horwitz Esq Faegre Drinker Biddle & Reath LLP**

b.  Defendant: Bio-Reference Laboratories, Inc

Official Position: Former employer

Represented by Address: Faegre Drinker Biddle & Reath LLP

1st Address: 600 Campus Drive

Florham Park, NJ 07932

c.  Defendant: _____

Official Position: _____

Address: _____

Additional Defendants may be added on a separate sheet of paper.

4.                                    **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

On November 3, 2020, Welch sued Bio-Reference Lab, her former employer, based of discrimination, retaliation, and a hostile work enviroment. The main points of the settlement were summarized on the record on 11-3-20, under the Northern District Court case #: 1:19-cv-00846 with the magistrate Judge Daniel J. Stewart. On summary order from United States Court of Appeals 2nd Circuit, case # 21-1447, seeking enforcement of the settlement agreement. The Appeal Court Affirmed with the judgement of the District Court, but decline to dismiss on grounds that Ms. Welch may seek damages resulting from the lost time

5. **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

The settlement payment gross amount of $18,000 less withholding as W-2 wages, Case # 1:19-cv-846, was based on discrimination, retaliation, & hostile work environment. Bio-Reference was Welch former employer, employee wages should not been withheld from settlement. Welch only submitted a W-9 W-4 documents to Bio-Reference for less tax withholdings on December 04, 2020.

### SECOND CAUSE OF ACTION

Bio-Reference withheld large sums of tax deductions based on severance pay-employee deductions. Welch never agreed to severance pay - and was no longer a employee of Bio-Reference since October of 2018. Welch received settlement check of $8,502.20, $4,000 lawyer fees, $5,497.80 Tax withheld.

### THIRD CAUSE OF ACTION

Bio-Reference referred Welch to seek IRS for overpayment. Welch is seeking damages based on this referral, and the high tax deductions, IRS was not aware of the nature of claim, Welch Tax deduction was listed AS: employee, severance pay. 2020 tax return did not solve the issue. Based on the documents Bio submitted for tax deductions, and the nature of claim they submitted to IRS.

6.   **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

Seeking damages resulting from the lost time - value of money, loss earnings, recovery of economic damages, Liquidated damages, Punitivive damages, Attorney fees and interest for the monetary depreciation of suit.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 6·5·23

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010